IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO J. VILLEGAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:09-cv-917-WKW |
| UNITED STATES AIR FORCE, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon review of *Defendant's Response to Rule 26(f) Order and Request for Clarification* (Doc. 22, March 12, 2010), it is hereby **ORDERED** that the plaintiff show cause **on or before April 5, 2010,** as to why the parties should not be excused from discovery requirements and proceed according to a briefing schedule as suggested by Defendant. *See* Doc. 22, at 3.

Done this 22nd day of March, 2010.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE