IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RECEIVED**

2010 SEP -2  A 10: 46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PEDRO J. VILLEGAS,

    Plaintiff,

v.                              Case No: 2:09cv00917-WKW

UNITED STATES AIR FORCE,

    Defendant.

## NOTICE OF ADDRESS CHANGE

HERE COMES Petitioner, Pedro J. Villegas, Pro-Se, formally notifying this honorable court, that due to a transfer to a Residential Reentry Center, and effective on September 2, 2010, Petitioner's new address will be:

Pedro J. Villegas, 24165-069
Dismas Charities
6860 Edgewater Commerce Parkway
Orlando, FL 32810

Pedro J. Villegas

⇔24165-069⇔

Pedro J Villegas
Federal Prison Camp
Maxwell Air Force Base
Montgomery, AL - 36112
United States

MONTGOMERY AL 361

01 SEP 2010  PM 3 T



⇔24165-069⇔

OFFICE OF THE CLERK
U.S. District Court
P.O. Box 711
Montgomery, AL - 36101
United States

36101+0711