IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PEDRO J. VILLEGAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:09-CV-00917-WKW |
| | ) | |
| U.S. AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO DISMISS ACTION

**COMES NOW** Plaintiff Pedro J. Villegas, Pro-Se, respectfully requesting this Honorable Court to dismiss the above mentioned case. In support thereof Plaintiff states and prays as follows:

1. Since the Plaintiff was released from custody on February 28, 2011 he lacks the legal resources to be able to argue his case in an effective manner.

2. The information seek by the Plaintiff was planned to be used in a lawsuit that will not be filed due to issues with the statute of limitations, therefore the information/documents are no longer needed by the Plaintiff.

WHEREFORE, for the foregoing reasons, Plaintiff asks this Honorable Court to dismiss the case.

_____
PEDRO J. VILLEGAS
Plaintiff, Pro-Se
2419 Abby Dr Apt 102
Kissimmee, FL 34741

## CERTIFICATE OF SERVICE

I hereby certify that on April, 11, 2011, I have mailed, by United States Postal Service, a copy of same to:

United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

_____
PEDRO J. VILLEGAS
Plaintiff, Pro-Se