IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PEDRO J. VILLEGAS, | ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:09-CV-917-WKW |
| U.S. AIR FORCE, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Action (Doc. # 34), it is ORDERED that the motion is GRANTED, and that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is DISMISSED.

DONE this 15th day of April, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE